UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Criminal No.
19-10459-RWZ

UNITED STATES OF AMERICA

v.

MARLON RIVERA, a/k/a "King Pluto"

**MEMORANDUM AND ORDER OF DETENTION**

December 18, 2019

Hennessy, M.J.

    Defendant Marlon Rivera is charged by Indictment with one count of Conspiracy to Conduct Enterprise Affairs Through a Pattern of Racketeering Activity, in violation of 18 U.S.C. § 1962(d).  This court conducted an initial appearance on December 13, 2019, the date on which Defendant was released from the custody of the Commonwealth of Massachusetts.  At the initial appearance, this court appointed counsel to represent Defendant, and the United States moved for detention pursuant to the Bail Reform Act.  The matter was continued to December 18, 2019 for arraignment and a detention hearing.

    On December 18, 2019, Defendant appeared with appointed counsel and pleaded not guilty to the indictment.  Thereafter, Defendant, through counsel, assented to a voluntary order of detention without prejudice to his right to later seek release on conditions.

2

Accordingly, it is ORDERED that Defendant be DETAINED pending trial, and it is further ORDERED --

(1)     That Defendant be committed to the custody of the Attorney General for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

(2)     That Defendant be afforded a reasonable opportunity for private consultation with counsel; and

(3)     On order of a court of the United States or on request by an attorney for the government, the person in charge of the corrections facility in which Defendant is detained and confined deliver Defendant to an authorized Deputy United States Marshal for the purpose of any appearance in connection with a court proceeding.

This order is without prejudice to Defendant filing a motion at any time seeking a hearing to consider the issue of pre-trial release, regardless whether there have been changed circumstances.

                                       / s / David H. Hennessy
                                       David H. Hennessy
                                       United States Magistrate Judge