✎AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

DISTRICT OF Massachusetts

USA

V.

Marlon Rivera

**EXHIBIT AND WITNESS LIST**

Case Number: 19-10459

| PRESIDING JUDGE<br>Hennessy | PLAINTIFF'S ATTORNEY<br>Mallard | DEFENDANT'S ATTORNEY<br>Falvey/Baxter |
|---|---|---|
| TRIAL DATE (S)<br>04/24/2020 | COURT REPORTER<br>Digital | COURTROOM DEPUTY<br>King |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
|  |  |  |  |  |  |
| 1 |  | 4/24/2020 | x | x | Detention Affidavit |
| 2 |  | 4/24/2020 | x | x | 2-23-19 Report |
| 3 |  | 4/24/2020 | x | x | 2-23-19 Report |
| 4 |  | 4/24/2020 | x | x | Fitchburg District Court Documents |
| 5 |  | 4/24/2020 | x | x | 4-3-19 Report |
| 6 |  | 4/24/2020 | x | x | Boston Police Report |
| 7 |  | 4/24/2020 | x | x | Statement of the Case |
| 8 |  | 4/24/2020 | x | x | Line Sheet re: Gargoyle |
| 9 |  | 4/24/2020 | x | x | Line Sheets with Francisco Lopez |
| 10 |  | 4/24/2020 | x | x | Report re 10-28-18 Meeting |
| 11 |  | 4/24/2020 | x | x | Transcript of 10-28-18 Recording |
| 12 |  | 4/24/2020 | x | x | 10-28-18 Recording excerpt |
| 13 |  | 4/24/2020 | x | x | 10-28-18 Recording excerpt |
| 14 |  | 4/24/2020 | x | x | 2-23-19 Recording |
| 15 |  | 4/24/2020 | x | x | 2-23-19 Recording |
| 16 |  | 4/24/2020 | x | x | 2-23-19 Recording |
| 17 |  | 4/24/2020 | x | x | 2-23-19 Recording |
| 18 |  | 4/24/2020 | x | x | 2-23-19 Recording |
| 19 |  | 4/24/2020 | x | x | 2-23-19 Recording |
|  | 20 | 4/24/2020 | x |  | Book Excerpt-Street Politics and the Transformation of a New York City Gang |
|  | 21 | 4/24/2020 | x |  | Phone call Line Sheet |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of  1  Pages